KC **FILED** MAR 0 5 2008

MAR 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Bridgette Chatman - Lewis - Pro Se_
(Please print)

STREET ADDRESS: _740 S. Grove_

CITY/STATE/ZIP: _Oak Park, IL. 60304_

PHONE NUMBER: _708 386-7867 / 708 829-5100 c._

CASE NUMBER: 08CV1322
JUDGE GUZMAN
MAGISTRATE JUDGE COX

_[signature]_          _March 5, 2008_
Signature               Date