AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Bridgette Chatman-Lewis

**SUMMONS IN A CIVIL CASE**

V.

Pitney Bowes, Inc.

CASE NUMBER:
08CV1322
JUDGE GUZMAN
MAGISTRATE JUDGE COX

TO: (Name and address of Defendant) Pitney Bowes, INC. CT Corp. Registered agent 208 S. LaSalle #814 Chicago, IL. 60604

c/o Ms. Marie Radcliff Director of Human Resources Legal Compliance Pitney Bowes, Inc. 1 Elmcroft Road - MSC 6329 Stamford, CT. 06926

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bridgette Chatman-Lewis
740 S. Grove
Oak Park, Illinois 60304

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR - 5 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/2/08 |
| NAME OF SERVER (PRINT) Bridgette Chatman-Lewis | TITLE Pro Se |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: CT Corp. Registered Agent 208 S. Lasalle #814 Chicago, IL. 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FILED
4-2-2008
APR - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/2/08
Date

Signature of Server

Address of Server: 740 S. Grove Oak Park, IL. 60304

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.