U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 08-cv-1322

Bridgette Chatman-Lewis

v.

Pitney Bowes Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Pitney Bowes Inc.

| NAME (Type or print) |
| --- |
| Brianne M. Gruszka |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Brianne M. Gruszka |

| FIRM |
| --- |
| Seyfarth Shaw LLP |

| STREET ADDRESS |
| --- |
| 131 S. Dearborn St., Ste. 2400 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6286289 | (312) 460-5000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing APPEARANCE to be served upon Plaintiff, who is a pro se party, via the Court's electronic notification system and U.S. mail, postage prepaid, on this 17th day of April, 2008:

>Bridgette Chatman-Lewis
>740 S. Grove
>Oak Park, Illinois 60304

>/s/ Brianne M. Gruszka
>Brianne M. Gruszka

CH1 11460817.1