IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGETTE CHATMAN -LEWIS, | ) |
| Plaintiff, | ) Case No. 08 C 1322 |
| v. | ) Judge Ronald A. Guzman |
| | ) Magistrate Judge Susan E. Cox |
| PITNEY BOWES, INC., | ) |
| Defendant. | ) |

## NOTICE OF FILING

To:   William Francis Dugan, Esq.
      Brianne M. Gruszka, Esq.
      Seyfarth Shaw
      131 South Dearborn Street
      Suite 2400
      Chicago, IL 60603-5577

   PLEASE TAKE NOTICE that on Thursday May 29, 2008, I e-filed with the Clerk of the United States District Court for the Northern District of Illinois, our Appearances as counsel for Plaintiff, copies of which are attached hereto and are hereby served upon you.

                              By:   /s/ Robin Potter
                                    One of Plaintiffs' Attorneys

Robin Potter, Esq.
robinpotter@robinpotter.org
Denise M. Kelleher, Esq.
dkelleher@robinpotter.org
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 861-1800

Lewis Appearance NOF.wpd

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 C 1322

BRIDGETTE CHATMAN-LEWIS
                Plaintiff,

v.

PITNEY BOWES, INC.
                Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRIDGETTE CHATMAN-LEWIS, Plaintiff

| |
|---|
| NAME (Type or print)<br>Robin Potter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Robin Potter |
| FIRM<br>Robin Potter & Associates, P.C. |
| STREET ADDRESS<br>111 East Wacker Drive, Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3123932 | TELEPHONE NUMBER<br>(312) 861-1800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 1322 |
| BRIDGETTE CHATMAN-LEWIS | |
| Plaintiff, | |
| v. | |
| PITNEY BOWES, INC. | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRIDGETTE CHATMAN-LEWIS, Plaintiff

| |
|---|
| NAME (Type or print) |
| Denise M. Kelleher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Denise M. Kelleher |
| FIRM |
| Robin Potter & Associates, P.C. |
| STREET ADDRESS |
| 111 East Wacker Drive, Suite 2600 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286565 | (312) 861-1800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Appearances of Counsel were served upon all parties listed below by electronic mail, before 5:00 p.m. on this 29th day of May 2008, addressed as follows:

William Francis Dugan, Esq.
wdugan@seyfarth.com
Brianne M. Gruszka, Esq.
Bgruszka@seyfarth.com
Seyfarth Shaw
131 South Dearborn Street, Suite 2400
Chicago, IL 60603-5577

/s/ Robin Potter
Robin Potter

Lewis Appearances COS.wpd
May 29, 2008/tm