**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRIDGETTE CHATMAN-LEWIS, | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 1322 |
| | ) |
| v. | ) Judge Ronald A. Guzman |
| | ) |
| PITNEY BOWES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

To:   William Francis Dugan, Esq.
       Brianne M. Gruszka, Esq.
       Seyfarth Shaw
       131 South Dearborn Street
       Suite 2400
       Chicago, IL 60603-5577

   PLEASE TAKE NOTICE that on July 14, 2008, I e-filed with the Clerk of the United States District Court for the Northern District of Illinois, **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL,** a copy of which is attached hereto and was ECF served upon you.

                    By:    /s/ Robin Potter
                           One of Plaintiff's Attorneys

Robin Potter, Esq.
robinpotter@robinpotter.org
Denise M. Kelleher, Esq.
dkelleher@robinpotter.org
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 861-1800

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGETTE CHATMAN-LEWIS, | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 1322 |
| | ) |
| v. | ) Judge Ronald A. Guzman |
| | ) |
| PITNEY BOWES, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

**NOW COMES** the plaintiff, BRIDGETTE CHATMAN-LEWIS, by and through her attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(2), moves this Honorable Court for entry of an order voluntarily dismissing this action. As grounds for this Motion, plaintiff states as follows:

1. Ms. Lewis filed this action *pro se* on or about March 5, 2008. Defendant filed its answer to the Complaint on April 17, 2008. The undersigned appeared on behalf of Ms. Lewis on May 22, 2008. The parties filed their Joint Discovery Plan on July 10, 2008. No discovery has been exchanged or conducted. No motions or matters of substance are pending.

2. Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms the court considers proper", and unless stated otherwise, the dismissal "is without prejudice".

3. Ms. Lewis is not in a position to pursue this case at this time, due to personal and health matters, and wishes to dismiss the action without prejudice, and with each party to bear its own costs and fees.

4. No party shall be prejudiced by the granting of the instant motion.

**WHEREFORE,** for all the above reasons, plaintiff respectfully requests that her motion for Voluntary Dismissal, and that it be granted without prejudice and with each party to bear its own costs and fees be granted.

          Respectfully submitted,

By:   /s/ Robin Potter
       One of Plaintiff's Attorneys

Robin Potter, Esq.
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Street - Suite 2600
Chicago, Illinois 60601
(312) 861-1800
robinpotter@igc.org

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing **Plaintiff's Motion for Voluntary Dismissal,** was served upon all parties listed below by ECF mail before 5:00 p.m. on this 14th day of July 2008, and addressed as follows:

William Francis Dugan, Esq.
wdugan@seyfarth.com
Brianne M. Gruszka, Esq.
Bgruszka@seyfarth.com
Seyfarth Shaw
131 South Dearborn Street, Suite 2400
Chicago, IL 60603-5577

    /s/ Robin Potter
Robin Potter