## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BRIDGETTE CHATMAN-LEWIS, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>PITNEY BOWES, INC., )<br>)<br>        Defendant. ) | Case No. 08 C 1322<br><br>Judge Ronald A. Guzman |

### NOTICE OF MOTION

To:    William Francis Dugan, Esq.
        Brianne M. Gruszka, Esq.
        Seyfarth Shaw
        131 South Dearborn Street
        Suite 2400
        Chicago, IL 60603-5577

      **PLEASE TAKE NOTICE** on July 14, 2008, when the parties appear for their scheduled status, or as soon thereafter as we may be heard, we will appear before the Honorable Judge Ronald A. Guzman, and then and there present **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL,** a copy of which is attached hereto and was ECF served upon you.

                                  By:    /s/ Robin Potter
                                                One of Plaintiff's Attorneys

Robin Potter, Esq.
robinpotter@robinpotter.org
Denise M. Kelleher, Esq.
dkelleher@robinpotter.org
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 861-1800

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing **Notice of Motion of Plaintiff's Motion for Voluntary Dismissal,** was served upon all parties listed below by ECF mail before 5:00 p.m. on this 14th day of July 2008, and addressed as follows:

William Francis Dugan, Esq.
wdugan@seyfarth.com
Brianne M. Gruszka, Esq.
Bgruszka@seyfarth.com
Seyfarth Shaw
131 South Dearborn Street, Suite 2400
Chicago, IL 60603-5577


    /s/ Robin Potter
Robin Potter