UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Bridgette Chatman–Lewis
          Plaintiff,

v.                 Case No.: 1:08–cv–01322
                Honorable Ronald A. Guzman

Pitney Bowes, Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held on 7/14/2008. Motion by Plaintiff Bridgette Chatman–Lewis to dismiss voluntarily without prejudice [18] is granted. Case is dismissed without prejudice and with each party to bear its own costs and fees. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.